# United States District Court
## CIVIL MINUTES - GENERAL

Case #   4:14cv292-MW                              Date   March 25, 2015

BOYNTON v. CITY OF TALLAHASSEE et al

DOCKET ENTRY:   Telephonic Motion Hearing          11:00 - 11:56 a.m.

Court hears [36], [37] and [38] Motion to Dismiss. Court rules: [36], [37] and [38] Motion to Dismiss are GRANTED with leave to amend the complaint. Third Amended Complaint due 4/6/2015.

PRESENT: HONORABLE  MARK E. WALKER  , UNITED STATES DISTRICT JUDGE

      Pam Lourcey                                    Lisa Jones
       Deputy Clerk                                Court Reporter

Attorneys For Plaintiff:                           Attorneys For Defendant:

James Vernon Cook                                  Joseph Daniel Tessitore
                                                   Billy Jack Hendrix

Initials of Clerk: **pll**